United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Rodney Michel, Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 17-61469-Civ-Scola |
| ) | |
| Mark S. Inch, Respondent. ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 9, 2019, Judge Reid issued a report, recommending that the Court deny the petition for writ of habeas corpus and dismiss the case. (Report of Magistrate, ECF No. 14.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (ECF No. 14). The Court **denies** the petition for writ of habeas corpus (ECF No. 1).  The Court does not issue a certificate of appealability.  Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 29, 2019.

_____
Robert N. Scola, Jr.
United States District Judge